JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                    :    INDICTMENT

CLARENCE DEAN,                   :    08 Cr. _____

            Defendant.

08 CRIM 067

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about March 2007, through in or about August 2007, in the Southern District of New York and elsewhere, CLARENCE DEAN, the defendant, an individual required to register under the Sex Offender Registration and Notification Act, did travel in interstate commerce and unlawfully, willfully, and knowingly did fail to update a registration as required by the Sex Offender Registration and Notification Act, to wit, DEAN traveled from Alabama to New York and other states without updating his information with Alabama's sex offender database or otherwise registering as a sex offender as required by law.

(Title 18, United States Code, Section 2250.)

_____                    _____
FOREPERSON                                   MICHAEL J. GARCIA
                                                            United States Attorney