# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

March 14, 2008

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

RECEIVED
CHAMBERS OF
BARBARA S. JONES
USDJ

**Re:** **United States v. Clarence Dean**
08 Cr. 067 (BSJ)

Dear Judge Jones:

I write in the above-captioned case to request permission to waive my client's appearance at the pretrial conference scheduled for March 20, 2008 at 11:00 a.m.

Mr. Dean is currently facing homicide charges in New York State. He wishes to remain at Rikers to facilitate consultation with his lawyer and the preparation of his defense in that case.

I have spoken with Assistant United States Attorney Amie Eli and she has no objection to this request.

Respectfully submitted,

Jennifer L. Brown
Assistant Federal Defender
Tel.:(212) 417-8722

JLB/ef

cc:  Amie Eli, Esq.
     Assistant United States Attorney

     Clarence Dean
     B&C #3490716024
     North Infirmary Command
     15-00 Hazen Street
     East Elmhurst, NY 11370

Application granted. The next pretrial conference is scheduled for March 21, 2008 at 10:15AM.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
3/18/08