# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*



*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

May 13, 2008

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

Re: **United States v. Clarence Dean**
    **08 Cr. 067 (BSJ)**

Dear Judge Jones:

    I write in the above-captioned case to request an extension of the deadline for the filing of defense motions, which is currently scheduled for May 27, 2008.

    I am scheduled to be out of town beginning on May 16, 2008 and returning on May 27, 2008. I will not have sufficient time to complete the defense motions prior to my leaving on May 16, 2008. For this reason I request an additional two weeks for the filing of defense motions. I have spoken with Assistant United States Attorney Mark Lanpher and he has no objection to this request.

Respectfully submitted,

Jennifer L. Brown
Assistant Federal Defender
Tel.:(212) 417-8722

JLB/ef

cc: Mark Lanpher, Esq.
    Assistant United States Attorney

    Clarence Dean
    B&C #3490716024
    North Infirmary Command
    15-00 Hazen Street
    East Elmhurst, NY 11370

*Application granted. Defense motions are due June 10, 2008. Government's opposition is due July 7, 2008. Reply, if any, is due on July 14, 2008.*

SO ORDERED
Dated: 5/14/08

BARBARA S. JONES
U.S.D.J.