

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2008

**BY FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6-23-08

Re:  United States v. Clarence Dean,
     08 Cr. 067 (BSJ)

Dear Judge Jones:

      The Government respectfully submits this letter to seek an extension of the deadline for filing a response to the defendant's motion to dismiss the indictment in this case, which is currently scheduled for July 7, 2008. The defendant's motion raises serious issues in a developing area of the law, and additional time will allow the Government to prepare a more complete and appropriate response. Accordingly, I ask that the motions schedule be extended to make the Government's response due on Friday, July 25, 2008, and the defense counsel's reply brief, if any, due on Friday, August 1, 2008. I have spoken with defense counsel, Jennifer Brown, who consents to this request.

Respectfully submitted,

*Application GRANTED.*

MICHAEL J. GARCIA
United States Attorney

By: /s/ Mark Lanpher
Mark Lanpher
Assistant United States Attorney
(212) 637-2399

SO ORDERED /s/ Barbara S. Jones
Dated:    BARBARA S. JONES
          U.S.D.J.
6/23/08

Cc:  Jennifer Brown, Esq.



# FACSIMILE COVER SHEET

U.S. ATTORNEY'S OFFICE, S.D.N.Y.
ONE ST. ANDREW'S PLAZA
NEW YORK, NEW YORK 10007

*******************************************************************

| | |
|---|---|
| Date: | June 19, 2008 |
| To: | The Honorable Barbara S. Jones<br>Fax: 212-805-6191 |
| Cc: | Jennifer Brown, Esq.<br>Fax: 212-571-0392 |
| From: | Mark Lanpher<br>Assistant United States Attorney<br>Phone: (212) 637-2399  Fax: (212) 637-2937 |
| Re: | *United States v. Clarence Dean*, 08 Cr. 067 (BSJ) |
| Pages (incl. cover): | 2 |

*******************************************************************

FOR OFFICIAL USE ONLY -- U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents, constitute "for official use only" information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

*******************************************************************

Message:   Please see attached letter.

*******************************************************************