# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

December 2, 2019

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**By Hand and E-mail**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 2220
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: 12-2-19

Re: **United States v. Clarence Dean**
    **08 Cr. 067 (LAP)**

Dear Judge Preska:

   I write to request an adjournment of the court date currently scheduled for December 10, 2019 at 10:00 a.m. Mr. Dean has a motion to dismiss the indictment pending, and requests that the Court adjourn the conference until after the motion has been decided. I have spoken to AUSA Andrew Rohrbach who has no objection to this request.

   To the extent it has not already been excluded, I request that the time until the motion is decided be excluded from speedy trial calculation.

(2)

                    Respectfully submitted,

                    *[signature]*

                    Jennifer L. Brown
                    **Attorney-in-Charge**
                    Tel: (212) 417-8722

cc: Andrew Rohrbach, Esq.
    Assistant United States Attorney

    Clarence Dean, MDC

(1) The conference
is adjourned to February 3, 2000
at 10:00 a.m.

                    SO ORDERED

                    *[signature]*
                    LORETTA A. PRESKA
                    UNITED STATES DISTRICT JUDGE