

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 18, 2020

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> The request to adjourn the upcoming conference is granted. The Court will set a new conference date in the order resolving the pending motion to dismiss the indictment. Time is excluded under the Speedy Trial Act until the next conference.
>
> SO ORDERED
> Dated: May 19, 2020
>
> _____
> LORETTA A. PRESKA, U.S.D.J.

Re:   **United States v. Clarence Dean**
      **08 Cr. 067 (LAP)**

Dear Judge Preska:

      A conference is currently scheduled in the above-captioned case for June 2, 2020 at 10:00 a.m. A motion to dismiss the indictment is pending, and the Government respectfully requests that the Court adjourn the conference until after the motion has been decided, or for a period of 90 days. To the extent that it has not already been excluded, the Government also requests that time until the next conference be excluded under the Speedy Trial Act.

      Defense counsel consents to the above requests.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Andrew A. Rohrbach
Assistant United States Attorney
Southern District of New York
(212) 637-2345

cc:   Jennifer Brown, Esq. (by ECF)