# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2020

**BY ECF and E-mail**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 2220
New York, NY 10007

**Re:   United States v. Clarence Dean**
       **08 Cr. 067 (LAP)**

Dear Judge Preska:

    I write to request an adjournment of the court date currently scheduled for October 5, 2020. The parties are currently discussing a possible resolution which would allow for Mr. Dean to preserve his appellate rights with respect to his motion to dismiss. The time would allow Mr. Dean time to review all available options. I have spoken to AUSA Andrew Rohrbach who has no objection to this request.

    I request that the time until the next conference be excluded from speedy trial calculation.

                              Respectfully submitted,

                              /s/
                            Jennifer L. Brown
                            **Attorney-in-Charge**
                            Tel: (212) 417-8722

The conference is adjourned to January 5, 2021 at 10:00. Time is excluded until that date. SO ORDERED.

Dated: September 22, 2020

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.