```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    - v -<br><br>Clarence Dean, | 08 CR 67 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for November 30, 2021 is adjourned to December 7, 2021 at 11:00 a.m.  Time is excluded from today, until December 7, 2021, from calculation under the speedy trial act in the interest of justice.

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: November 24, 2021
       New York, New York