UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

CLARENCE DEAN,

                Defendant.

No. 08-CR-67 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Bureau of Prisons's ("BOP") letter dated January 4, 2022. The BOP's request for reconsideration of the Court's Order dated January 4, 2022 (dkt. no. 106) is granted. The Order will be held in abeyance until the parties appear for a conference. The parties shall appear for a conference on Thursday, January 13, 2022 at 10:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    January 5, 2022
             New York, New York

                                 */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge