```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>CLARENCE DEAN,<br><br>                Defendant. | No. 08-CR-67 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Mr. Dean's sentencing is adjourned. The parties shall appear for sentencing on July 11, 2023, at 11:00 AM in Courtroom 12A.

**SO ORDERED.**

Dated:    April 7, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge