

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 12, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States v. Clarence Dean**
       **08 Cr. 067 (LAP)**

Dear Judge Preska:

  The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

                Respectfully submitted,

                DAMIAN WILLIAMS
SO ORDERED            United States Attorney

/s/ Loretta A. Preska     By:    /s/
LORETTA A. PRESKA        Christopher J. DiMase
UNITED STATES DISTRICT JUDGE  Assistant United States Attorney
                Tel.: (212) 637-2433

6/13/23