UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>CLARENCE DEAN,<br><br>                    Defendant. | No. 08-CR-67 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall address any implications, if any, that the November 1, 2023 Amendments to the United States Sentencing Guidelines have for the proper calculation of Mr. Dean's guideline range by January 5, 2024.

**SO ORDERED.**

Dated:    January 3, 2024
          New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1