# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

July 3, 2024

**VIA ECF and EMAIL**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 2220
New York, NY 10007

Defendant's request is granted.  Sentencing is adjourned to 11:00 a.m. on October 22, 2024.  Defendant shall file his sentencing submission no later than October 8, 2024.  The Government shall file its submission no later than October 15, 2024.  The Clerk of the Court shall close docket entry 135.

**SO ORDERED.**

*Loretta A. Preska*

LORETTA A. PRESKA, U.S.D.J.
07/03/2024

Re:   **United States v. Clarence Dean
08 Cr. 067 (LAP)**

Dear Judge Preska:

    I write to request an adjournment of the sentencing date, in the above-captioned case, currently scheduled for July 10, 2024.  After consultation with the Court's deputy, I ask that the sentencing be adjourned until October 22, 2024, at 11 am. Mr. Dean requests this time to effectively prepare for sentencing. I have reached out to the Government regarding this request for adjournment. Ms. Messiter is currently on parental leave, and I am awaiting to hear who will be covering this case in her absence.

                    Respectfully submitted,

                    /s/
                    Jennifer L. Brown
                    **Attorney-in-Charge**
                    Tel: (212) 417-8722

cc:   Alexandra Messiter, Esq.
      Clarence Dean, MDC