# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

October 16, 2024

**VIA ECF and EMAIL**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 2220
New York, NY 10007

**Re:** **United States v. Clarence Dean**
**08 Cr. 067 (LAP)**

Dear Judge Preska:

    I write to request an adjournment of the sentencing date, in the above-captioned case, currently scheduled for October 22, 2024. I request an adjournment of 90 days. Mr. Dean requests this time to effectively prepare for sentencing and for him to deal with serious medical issues. The Government has no objection to this request for adjournment.

Respectfully submitted,

/s/
Jennifer L. Brown
**Attorney-in-Charge**
Tel: (212) 417-8722

cc:  Alexandra Messiter, Esq.
      Clarence Dean, MDC